THE PEOPLE OF THE STATE OF NEW YORK *v.* THE LIFE UNION.
HARRIET A. PINDELL et al., Appellants, *v.* THOMAS ASHWORTH,
et al., Respondents.

(Argued February 25, 1895; decided March 12, 1895.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made January 24, 1895, which affirmed an order of Special Term confirming the report of a referee.

*Raphael J. Moses* for appellants.

*Edmund Luis Mooney* and *M. P. O'Connor* for respondents.

Agree to affirm on authority of *In re Eq. R. F. L. Assn.* (131 N. Y. 354); no opinion.
All concur.
Order affirmed.

DONALD MACKAY, as Executor, etc., Respondent, *v.* ROW-LAND B. DENNINGTON, as Administrator, etc., Appellant, Impleaded, etc., Respondent.

(Argued February 25, 1895; decided March 12, 1895.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made December 14, 1894, which affirmed an order of Special Term denying a motion by defendant to correct final judgment.

*E. T. Rice* for appellant.

*James C. Hays, Edward W. Ditmarsh* and *Sherman Evarts* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.